```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RONNIE WINN,
11           Petitioner,                No. CIV S-03-2347 JAM EFB
12      vs.
13  ANTHONY LAMARQUE,
14           Respondent.                ORDER
15                                /
16
```

17        Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C.

18  § 2254. On August 29, 2008, counsel for petitioner inquired into the status of this case and

19  alerted the court to the fact that this matter has been submitted for decision for at least three

20  years.

21        The background of this case is relatively straightforward. The matter proceeds on the

22  November 10, 2003, petition. Respondent answered on January 24, 2005, and petitioner filed a

23  traverse on March 25, 2005. The matter therefore is submitted for decision and, in due course,

24  the court will issue findings and recommendations. However, this court faces a tremendous

25  backlog of habeas petitions. From January 1, 2004 through December 31, 2007, California

26  prisoners commenced more than 2,600 actions seeking habeas corpus relief from the Sacramento

Division of the United States District Court for the Eastern District of California. Thus, while the court is aware that petitioner's application has been submitted for some time now, others have been submitted longer. It is the policy of this court to resolve habeas petitions in the order in which they were submitted for decision. The court is aware of petitioner's case and as long as petitioner keeps the court informed of any change of address, no further action on his part is necessary.

So ordered.

Dated:  September 5, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE